UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-62490-WPD

MARIA ZABALA,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

_____/

**THE UNITED AIRLINES, INC.'S CONTINUED NOTICE OF FILING EVIDENTIARY MATERIALS IN SUPPORT OF ITS MOTION FOR SUMMARY FINAL JUDGMEMT**

Defendant, United Airlines, Inc. ("United" or "Defendant"), hereby files the following continuation of evidentiary materials in support of its Motion for Summary Final Judgment:

A. April 20, 2018 Email from Maria Zabala to United.

B. (1) May 18, 2018 Email from Maria Zabala to United.

C. (2) May 18, 2018 Email from Maria Zabala to United.

D. May 30, 2018 Email from Maria Zabala to United.

E. May 31, 2018 Email from Maria Zabala to United.

F. June 4, 2018 Email from Maria Zabala to United.

G. June 6, 2018 Email from Maria Zabala to United.

H. June 19, 2018 Letter from Dr. Lanes.

**(Remainder left blank intentionally)**

Dated this 27th day of March 2020.

Respectfully submitted,

By: /s/*Patrick G. DeBlasio, III*
Patrick DeBlasio III, Esq.
E-mail: pdeblasio@littler.com
Secondary E-Mail: btapia@littler.com
Ryan P. Forrest
Florida Bar No. 111487
E-Mail: rforrest@littler.com
Secondary: grivas@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131

*ATTORNEYS FOR DEFENDANT,
UNITED AIRLINES, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of electronic filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

BY: /s/*Patrick G. DeBlasio, III*
Patrick G. DeBlasio, III

## SERVICE LIST

*PLAINTIFF, PRO SE*
Maria Zabala
E-Mail: maryzabala@aol.com
3600 Mystic Pointe Drive
Apt. 502
Aventura, FL 33180

4833-0588-1016.3 087218.1030